SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 31 2023
ARTHUR JOHNSTON
BY ________ DEPUTY

UNITED States District Court

State of Mississippi, M.C.S.O. MDOC, R.C.S.O. Flora P.D., Town of Flora

CAUSE NO:

VS

Appeal/reference: 2022-0244

KENNETH W. JACKSON

3:23-cv-224-DPJ-FKB

Im writing this Formal complaint in reference to the above listed case number the response to this complaint is important to the appeal of this case as this complaint was filed and/or mailed to this court prior to the arrest and the results of the investigation its believed that it was a profiling arrest and the result of a double jepardy, evidence tampering, witness tampering, exploitation, defamation, slander, libel. The original complaint listed the defendants who in return arrested the Kenneth W. Jackson after he discovered multiple agencies exploiting sensitive information and participating in a communication tactic exploiting multiple other operations and/or that involve multiple states and jurisdictions.

I will give a brief description as to what happened before, during, After trial about 5 years ago I was asked to analyze a language that is universal and being used by different law enforcement agencies, civilians, and other groups that was tied directly to my medical history, criminal and civil court cases, this also included my daily activities daughter and my life in Multiple states! This language is the Radio, Internet, and multiple other uses primarily being used as entrapment, profiling, extortion, surveillance, security, after hours of listening days, months, years there was behavior attached to the broadcast were different groups were carrying out acts domestically to communicate, harrass, coerce, intimidate, and threaten and multiple other acts of crimes were carried out during these communication acts and/or etc. while all groups were looking to solve or claim credibility for who, what, when, where, why all were attached to the labels of money in one way or another using this language, music, albums. I was able to identify my life using legal resources and documents and trace this back to the 1978, 80's, 90's, 2000's, and now maritime with absolute undeniable proof. During this journey of life I had no idea this was going on I was able to create and listen to music using iphone two carriers straight talk and CSPIRE primarily using youtube to listen and either imagine being there or visit the locations and freestyle the music using multiple genre and cultures to help identify the history, also trying to figure out how to be paid using this tool moral and ethically without getting in trouble with authorities. My freestyles were playlist being used or created to identify this same language I used to write my biography and other books that are being published and should be on every store shelf by the end of 2024 wich is why I'm hesitant to sue and File claim in Courts because this information was leaked before and I was extorted out of my work as that information was stolen from my private life so now that I've inherited these dangers I'm wanting to change my name and relocate out of this state as soon as possible

as my life is in danger and this weapon was used against me before and now I'm in the custody of M.D.O.C. observing more of this behavior and because this language was used during trial I dont think I could get a fair trial in any court. Especially if the judge and prosecutor (D.A.) and jury are talking over the actual trial using this language wich could be identified in the transcripts of all testimony and jury selection and jurors. This also includes some in attendance and the clerks for the courts. I want add Child Protective Services or Department of Human Services to this Complaint I would like you to ask why (ask them) ask why a motion to suppress was being suggested by Attorneys. Ive identified using IC3 complaint cyber security (FBI) an entrapment or profiling using defamation, slander, coercing, intimidating, threatening by authorities as a tactic to arrest and prosecute. here is a medical related album not the First All Dolly Parton albums are written because of a concussion I recieved as a child pulling on a Dolly that was hanging on a limb as I grabbed it the Dolly slipped off limb and hit me in the head thats how it was made. I could go on and on from the 80's til today. That reference is just an example of many albums using all cultures of music genre's etc. not to mention every television program and movie since the 80's till today. I would also look into Double Jepardy or a competition amongst the courts or states to hold on to credibility for where or how these publications are being made. I would like an investigation into the Courts and authorities that were involved in the arrest with copys of the transcripts for future reference so the results can be used for a book I'm writing to be marketed to law schools all over the United States as a victim of these behaviors Ive written to expose the tactics and all individuals involved and bring awareness to this abuse, and civil Rights Violations and Corruption All videos of my time during incarceration is being supeoned to Courts for reference or prosecution OR (Lawsuits) Civil Litigation

As of 12/01/2023 wich is the day I got to M.D.O.C. I have watched and observed this behavior from staff and other inmates at the facility. This abuse tactic was also being carried out on the streets and the Counterintell. videos of this alleged security are being submitted with this lawsuit and of complaint. This includes all situations were my safety, health and freedom was tampered with using a fake communication tactic. During this Classification process this entire ~~staff~~ staff has racially profiled, coerced, intimidated, threatened, and manipulated and violated my civil rights using this behavior as an investigation tactic most of this behavior and or language tactic in all incidents someone carried out a crime against the complainant. I have also observed the Medical staff carrying out this behavior and other inmates living these songs or Communication or Higher Education. Since you can hear whats going on (Radio) and can easily understand the exploits and dangers of continuing to write these stories I would also like to have this explained to my daughter (complaintant) so she's aware of the dangers of this behavior and tactic I'm conciously aware of the dangers and I'm wanting to relocate out of the State those options need to be explained to her also so she can make a decision. If I need to support this with case law etc. and explain your wall-Art in Detail (Doors, window washing) etc. etc. Then I can I think this letter is enough to Understand the request of ~~seperating~~ relocating legally.

Respectfully Submitted

Kenneth Jackson

[signature]

Kori Lynn Jackson

X

Please excuse the language and content used in this Section. The individuals who carried this behavior out inside the system are also using this language to traffic narcotics in other words somehow me shitting my pants created this language. I was under 10 years old when this started I'm assuming according to the research back to the 80's, wich is "Once Bitten Twice Shy" "Green Rose" This language was identified prior to the "CRASH" in Alabama. I was recently the victim of this Abuse tactic were they were trying to monitor or exploit or sell a new drug using the same narrative in an attempt to "monitor" it was actually so they could traffic this "Sheet Drug" and this takes me back to the I.C.E. version of this language what are you going to charge them with? (KAT I have multiple reasons to write this and since this is on audio video (live) thats your job since I've been here and was racially profiled by authority witness tampering, Obstruction, etc.) however they all have a common language R.I.C.O. I think would be best unless you are tired of "feeding them" as I go thru this list honestly it should be shortened up some. Since the (Bert) freestyle that didn't happen at M.C.D.C. I'm worried this could happen to me here at this facility again. Not sure why this conspiracy is constantly compared to D.H.S./C.P.S. wich is hilarious considering the fact I was never asked unless we look at Paul, Waldrop, Jones, Houston, Holcomb, some how I always end up the victim I would like to also say they are not my publicist protecting this Ben Image has created this false narrative and in some instances cost me my freedom so authorities could exploit this weapon for there own personal gain wich is exactly whats happening treason is what its called in a moral society!

I was compared to an unusual situation or a false narrative after I had a car crash smashing into a truck where this group was claiming or using this language as if he was registered and looking back now he was and was coattail or extorting exploiting a false narrative about my life also the I.d. (19) was negatively promoted so they could gain attention to that situation for capitol gain etc. etc. However after it was discovered that there was wire fraud committed on the Redstone Arsenal I was a victim of that crime and approached by the F.B.I / C.I.D. during that time on base I recieved a phone call from Kolyn Thrasher's mother Leeann Figg who informed me that Kolyn was arrested and was going to prison as time went by he was sentenced I called the Warden when I was in Mississippi and asked if I could stop in and talk to him cause of the behaviors he was having with money something wasnt right so I met him at the gate and walked in to see him it was common brown fingers smoking and lying we talked a minute the next day he was moved to M.D.O.C. custody He was also treated this way and was having trouble losing his grandma Barbara Adams as she was arrested for crack under a visitation seat in yazzoo city I would add thats not a RV on its way to Valdosta, Georgia and that family "Adams" extorted and exploited my life for his entire life so after my recent conviction I'm in M.D.O.C. custody were according to others who are joining this lawsuit this behavior has been going on since my first conviction, were I was doing time on my first conviction was multiple leaks of information even medical related information was leaked and I was extorted out of my life, safety, healthcare, freedom, etc.

In reference to the appeal of the conviction of Convicted Felon with A Firearm while the states or Authorities were playing "ping pong" in competition with Alabama etc. Higher education language was discovered were there was careers attached my resume or history of Contracting was being used by All around the area were I was arrested. Most not knowing the relationship with multiple agencies while I was building Remington Outdoor Manufacturing Facility (ATF, F.B.I.) I sold $1.8 million during my time there and produced the work and the language was discovered about firearms keeping tracking, etc. etc. My personal company is a Direct Vendor with this facility so online language or database used with tracking down these firearms alledging criminal activity is being used by law enforcement to initiate that contact similar to language with traffiking narcotics. During my time with that project I understood the language and was writing educational tutorials also volunteering for fish and wildlife while retracing my life etc. During that time I was also using C.Q.B. tactics and working on the firearms mainly because I was arrested on Redstone Arsenal Military Base for Convicted Felon conceal Carry of a Firearm the charge was reduced to a misdemeanor, conceal carry of Firearm without Permit. I was fined $1,300 and the next day the Govenor changed the law and passed a bill where you no longer have to have a permit to carry a firearm. I was also using medical training C.Q.B. tactics for some exercise and strength training because the recovery efforts after multiple injurys were slow and limited access to those resources I didnt want my bank acounts seized for unpaid medical bills again because of this corrupt investigation tactic law enforcement officers were involved with this language so when asked were or who gave you the firearm

the Bodycam footage from the arrest was submitted officer who testified however ~~the~~ when asked were did you get that gun they didn't mention that program or the bodycam footage of the Deputy giving me the shotgun to continue hunting the female Officer who testified is married to an individual whose family has exploited this language for years pretending to be friends for capitol gain. So for Medical Reasons or Purpose GRIP Matters medically if you have ~~a broke~~ or had a broke hand. I Now my daughter who was employed in the area prior to the arrest at Providence were the Yellowstone (UIBF) crew visited her etc. wich was a security for her in the area with a school atmosphere were she was having multiple issues with those around her bullying and Killing her Dogs intentionally because of my youth and music related to my time growing up there so her life is in as much danger as mine. Since the conflict of interest of writing the MS. BAR Association filing complaint against those who were talking over the Court and the departments that are facing lawsuit (federal complaint) the judges terms are Rankin Madison swapping every few months and this is an issue considering this behavior is identified in Rankin County (C.M.C.F.) It was confirmed thru multiple resources and since the trial is in appeal stage with the courts were I may lose ~~B~~ I would still like to bring awareness to this behavior as those who are assisting (Camera) are identified already prior to incarceration I would also like this to be filed as a restraining order if necessary from all departments listed until either I'm released or relocated out of the state. This is an attempt to Coerce, intimidate, threaten, were if a charge was filed I would end up in "their" court were more exploitation could continue to happen. We're already witnessed K9 corruption and profiling since we have been at this facility and was profiled by case managers during Classification. there evidence tampering talking is not in my best interest. I just gotta ask (appeal) Do You have anymore Questions?

a. maximum amount of funds available/allowable individually (DOUBLE ALL FEES)

B. Witness Relocation/ Imediately out of Mississippi

C. All Medical Expenses paid maximum amount available for all pain and Suffering

D. Assign a Special agent to review and assist with these issues if a neutral jurisdiction is needed please assign

E. Assign a Bureau of Victims Assistance agent to assist with these issues if a neutral jurisdiction is needed please assign

F. Investigate the M.D.O.C. tactics being used by M.D.O.C. (commissioner) (K9) (CID) All behavior while incarcerated.

G. All legal fees, fines, Restitution, Expenses, including Davis Bacon Expenses (F.B.I/ C.I.D.) Restitution, taxes, Expenses related to LLC pain and suffering All cost for investigations state and federal Mental and physical Health expenses

H. Refund all expenses, resources to Jackson Company (BANK Plus) Johnson Jackson Industrial Services LLC, K.W. Jackson Construction LLC, employee expenses using counterintell resources to control all non law enforcement responders to multiple situations prior to arrest before/after. motion to suppress the videos/evidence that was leaked using this surveilance and investigation tactic. motion to suppress label and resources medically to exploit this entrapment.

State of Mississippi, M.C.S.O. MDOC R.C.S.O.
Flora P.D., Town of Flora                    cause no:
vs
                                             Reference Appeal no: 2022-0244
Kenneth W. Jackson

# Designation of the Record

Kenneth Wayne Jackson, complaintant, pursuant to MRAP rule 10 (b)(1), designates the following parts of the record as being necessary to be included on appeal complaint: all clerks papers, indictment, petitions, motions, pleadings, orders, judgements, opinions, motion hearing transcripts with exhibits, trial transcripts including voir dire, including opening and closing arguments and all exhibits admitted and offered in this case, jury instructions offered filed, given and refused, juror notes to the court, and transcripts of sentencing hearing with exhibits admitted and offered.

Respectfully Submitted

Kenneth Wayne Jackson

State of Mississippi M.C.S.O. M.D.O.C. R.C.S.O.
Town of Flora, Flora Police Dept. cause NO:
VS reference appeal: 2022-0244

Kenneth Wayne Jackson

Certificate of Service of Compliance

Certificate of Compliance with Rule 11 (B) (1)
I, Kenneth Wayne Jackson, pursuant to Rule 11 (b)(1) of the Mississippi Rules of Appellate Procedure, certify that the cost of preparing the designated record on complaint is not being deposited with the Clerks by apellant nor appellants counsel since this complaint is being made informa pauperis pursuant to MRAP Rule 6 (2).

Respectfully Submitted

Kenneth Wayne Jackson

State of Mississippi M.C.S.O. M.D.O.C. R.C.S.O.
Town of Flora, Flora Police Dept. cause no:
VS appeal reference 2022-0244

Kenneth Wayne Jackson

Certificate of Service

I, Kenneth Wayne Jackson, do hereby certify that I have this March 15, 2023 mailed by U.S. Mail first class postage prepaid a true and correct copy of the above Certificate of Service

Respectfully Submitted

Kenneth Wayne Jackson